■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RODRIGUEZ, Appellant. [849 NYS2d 897]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered May 9, 2005, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding legal sufficiency are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10, 19 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Contrary to the defendant's contention, the inconsistencies in the testimony of the prosecution's witnesses do not warrant reversal. "When two eyewitnesses to a crime give conflicting testimony, it is the jury that must weigh the evidence and determine who to believe" (*People v Schulz*, 4 NY3d 521, 530 [2005]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Lifson, J.P., Santucci, Covello and Angiolillo, JJ., concur.